UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRENCE BROWN (#03203-095)

VERSUS                                                    CIVIL ACTION

BUREAU OF PRISONS                                         NUMBER 08-594-RET-SCR

### RULING

Before the court is the plaintiff's motion to withdraw complaint. Record document number 13.

Judgment was entered on December 4, 2008, dismissing the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). On December 22, 2008, the plaintiff filed a notice of appeal.

On February 27, 2009, the plaintiff filed a motion to withdraw the complaint on the grounds that it was filed in the wrong jurisdiction.

This matter is presently pending before the United States Court of Appeal for the Fifth Circuit. This court is without jurisdiction to consider the plaintiff's motion.

Baton Rouge, Louisiana, March _16_, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA